AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NADIA HARDING,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-297

HOBBY LOBBY STORES, INC.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated July 30, 2020 granting Defendant's Motion to Dismiss, the Plaintiff's Complaint is dismissed with prejudice. This case stands closed.

07/30/2020              John E. Triplett, Acting Clerk
*Date*                                 *Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03